IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENYSE H. MORALES, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 10-1368 |
| PNC BANK, N.A., | : | |
| | : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this *4th* day of *August*, 2011, upon consideration of Defendant PNC Bank, N.A.'s Motion to Dismiss (Docket No. 14), Plaintiff Denyse H. Morales's Response (Docket No. 19), and Defendant's Reply Brief (Docket No. 20), it is hereby **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**, as follows:

1. Defendant's Motion to Dismiss Plaintiff's claim of religious discrimination is **GRANTED** and Count II of the Amended Complaint is hereby **DISMISSED**; and

2. Defendant's Motion to Dismiss Plaintiff's claim of retaliation (Count IV of the Amended Complaint) is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.