IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENYSE H. MORALES, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 10-1368 |
| PNC BANK, N.A., | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 3rd day of *October*, 2012, upon consideration of **(1)** Defendant PNC Bank's Motion for Summary Judgment on Counts I, III, IV, and V of the Amended Complaint (Docket No. 29) and the Response of Plaintiff Denyse Morales (Docket No. 35), and **(2)** Defendant's Motion to Strike Portions of Plaintiff Denyse Morales's Declaration (Docket No. 39) and the Brief in Opposition by Plaintiff Denyse Morales (Docket No. 40), is hereby **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment is **GRANTED**.

2. **JUDGMENT IS ENTERED** in favor of Defendant on the entirety of the Amended Complaint against it.

3. Defendant's Motion to Strike Portions of Plaintiff Denyse Morales's Declaration is **DENIED** as moot.

4. This case is now closed.

It is so **ORDERED**.

BY THE COURT:

_s/ Ronald L. Buckwalter_
RONALD L. BUCKWALTER, S.J.